# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DAVID ANTONIO LOVE, a/k/a "Tony" ) | Case No: 3:99CR59-2 |
| ) | USM No: 14816-058 |
| Date of Previous Judgment: June 14, 2000 ) | Mark Foster |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 39           Amended Offense Level: 37
Criminal History Category: VI        Criminal History Category: VI
Previous Guideline Range: 360 to life months    Amended Guideline Range: 360 to life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction as the guideline range did not change after applying Amendment 706 (remains at 360 months to life).

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   June 14, 2000,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   May 12, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge